# EXHIBIT A

*Plaintiff's Response to Defendant's Request to Admit 15*



15. Admit that Matthew Fine was an individual licensed to solicit applications for insurance policies with Plaintiff.

RESPONSE: Berkshire objects to Request for Admission 15 as vague and without limitation as to time period. Subject to and without waiving this objection, admitted that Matthew Fine was authorized to solicit applications for insurance policies with Berkshire during the time periods relevant to this case.



*Ryan H. Niland*

James A. Dean
N.C. State Bar No. 39623
Ryan H. Niland
N.C. State Bar No. 49430
Womble Bond Dickinson (US) LLP

4