UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMRIKA RAMPERSAD, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:19-CV-316-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on December 5, 2019, the court GRANTED the motion to dismiss and to strike and dismisses defendant's second counterclaim and strikes her third and fifth affirmative defenses [D.E. 11 ].

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS plaintiff's motion for summary judgment [D.E. 36], DENIES defendant's motion for summary judgment [D.E. 33], and DENIES AS MOOT defendant's motion to amend the scheduling order [D.E. 32].

**This Judgment Filed and Entered on August 27, 2021, and Copies To:**

| | |
|---|---|
| Gemma L. Saluta | (via CM/ECF electronic notification) |
| Ryan Hunter Niland | (via CM/ECF electronic notification) |
| Melissa Leila Louzri | (via CM/ECF electronic notification) |
| Nathaniel W. Bax | (via CM/ECF electronic notification) |

DATE:  
August 27, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
      Deputy Clerk